IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL YARBROUGH | ) | |
| | ) | |
| V. | ) | 3-07-CV-171-R |
| | ) | |
| HOME DEPOT, INC., ET AL | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections. The District Court reviewed the proposed findings, conclusions and recommendation de novo. After consideration of the filings in the case and the law, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of May, 2007.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE